1  MAYER, BROWN, ROWE & MAW LLP
   DAVID C. BOLSTAD (SBN 157886)
2  DIANE Y. PARK (SBN 222354)
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA 90071-1503
   Telephone: (213) 229-9500
4  Facsimile: (213) 625-0248

5  Attorneys for Defendant
   CompUSA Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MATEEL ENVIRONMENTAL JUSTICE FOUNDATION, | 3582<br>Case No. C 05-0582 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT** |
| v. | |
| COMPUSA, INC., and DOES 1 through 100 inclusive, | Sup. Ct. Case No. 05-442958 |
| Defendants. | Judge: Hon. Edward M. Chen |

STIPULATION AND PROPOSED ORDER RE: REMAND

28655251

The Parties hereby stipulate that this case be remanded to the San Francisco County Superior Court and request that the Court order such remand forthwith.

Dated: September 23, 2005    MAYER, BROWN, ROWE & MAW LLP
DAVID C. BOLSTAD
DIANE Y. PARK

By: _____
Diane Y. Park
Attorneys for Defendant
CompUSA Inc.

Dated: September ___, 2005    KLAMATH ENVIRONMENTAL LAW CENTER
WILLIAM VERICK
DAVID WILLIAMS

By: _____
David Williams
Attorneys for Plaintiff
Mateel Environmental Justice Foundation

The Court, having considered the Parties' stipulation, hereby orders this matter remanded to the San Francisco County Superior Court.

IT IS SO ORDERED.

Dated: _____           _____

Hon. Edward M. Chen

United States District Court Judge

28653594                    STIPULATION AND PROPOSED ORDER RE: REMAND

Sent By: ;     Received 09/22/2005 03:57PM in 02:16 on line [1] for EG003282 * Pg 2/2
                              5106471905;          Sep-22-05  4:06PM;         Page 2/2

The Parties hereby stipulate that this case be remanded to the San Francisco County Superior Court and request that the Court order such remand forthwith.

Dated: September __, 2005    MAYER, BROWN, ROWE & MAW LLP
                             DAVID C. BOLSTAD
                             DIANE Y. PARK


                             By: _____
                                 Diane Y. Park
                                 Attorneys for Defendant
                                 CompUSA Inc.


Dated: September 22, 2005    KLAMATH ENVIRONMENTAL LAW
                             CENTER
                             WILLIAM VERICK
                             DAVID WILLIAMS


                             By: _____
                                 David Williams
                                 Attorneys for Plaintiff
                                 Mateel Environmental Justice Foundation

The Court, having considered the Parties' stipulation, hereby orders this matter remanded to the San Francisco County Superior Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated September 30, 2005

_____
M. Chen
District Court Judge
Magistrate

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]

28653594                                          STIPULATION AND PROPOSED ORDER RE: REMAND